Order entered February 15, 2023



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00111-CV

## IN RE YOLANDA HAYES AND KELDRICK HAYES, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06696**

## ORDER
Before Justices Pedersen, III, Nowell, and Kennedy

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus.

/s/     BILL PEDERSEN, III
JUSTICE